196 So. 908
**Bernard WEBB v. STATE.**
8 Div. 939.

Court of Appeals of Alabama.
June 4, 1940.

Thomas S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

196 So. 908
**Jewell WEEKS v. STATE.**
6 Div. 543.

Court of Appeals of Alabama.
April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

197 So. 903
**Coleman WEEMS, alias Williams v. STATE.**
1 Div. 378.

Court of Appeals of Alabama.
Aug. 6, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

198 So. 881
**T. M. WEST v. STATE.**
8 Div. 45.

Court of Appeals of Alabama.
Nov. 6, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

193 So. 895
**WESTERN UNION TELEGRAPH CO. v. Frank SMERAGLIA.**
6 Div. 549.

Court of Appeals of Alabama.
Jan. 16, 1940.

Cabaniss & Johnston, of Birmingham, for appellant.

Barber & Barber, of Birmingham, for appellee.

SAMFORD, Judge.
Appeal dismissed on motion of appellant.

192 So. 926
**C. B., alias Little Bud, WHITAKER v. STATE.**
4 Div. 561.

Court of Appeals of Alabama.
Nov. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.